RICHARD TAYLOR, Appellant, *v.* CHRISTOPHER SMITH, Respondent.

(Submitted October 9, 1891; decided October 27, 1891.)

APPEAL from judgment of the General Term of the Superior Court of the city of Buffalo, entered upon an order made the second Monday of December, 1890, which affirmed a judgment in favor of defendant entered upon a verdict and affirmed an order denying a motion for a new trial.

*G. W. Cothran* for appellant.

*Box, Norton & Bushnell* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.